UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00418-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DEFER RULING** |
| JOHN JAMES ERICSON, | (ECF No. 41) |
| Defendant. | |

IT IS ORDERED that defendant John James Ericson's unopposed motion to defer ruling for 30 days **(ECF No. 41) is GRANTED**. Defendant John James Ericson shall have until April 24, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Ericson's supplement.

DATED this 13th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE