# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JAMES ERICSON,<br><br>Defendant. | Case No. 2:12-cr-00418-APG-VCF<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

Defendant John James Ericson's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 43) is granted**. I make no judgment whether a hypothetical future filing by Mr. Ericson would constitute a successive petition. The clerk of the court is directed to close this file.

DATED this 28th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE